# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br><br>v.<br><br>JOSE CARRASQUILLO-ROSARIO<br>　Defendant. | Criminal no. 17-479 (ADC) |

### MOTION REQUESTING MODIFICATION TO CONDITIONS OF RELEASE

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Carrasquillo, and respectfully states and prays as follows:

1. Mr. Carrasquillo had been granted bail pending his sentencing.

2. Amongst the conditions of release, Mr. Carrasquillo has a curfew set from 6:00 a.m. – 6:00 p.m.

3. Mr. Carrasquillo has complied with all conditions of detention, and request that the curfew is removed.

4. The undersigned counsel has discussed this with AUSA Acevedo who has expressed to have no objection with this request.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and allow Mr. Carrasquillo to remove the court-imposed curfew pending the conclusion of his case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25$^h$ day of March 2019.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*

Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com