**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| UNITED STATES OF AMERICA<br>　Plaintiff,<br>　　　　v.<br><br>JOSE CARRASQUILLO ROSARIO<br>　Defendant. | Criminal no. 17-232 (ADC)<br>& 17-479 (ADC) |
|---|---|

**MOTION REQUESTING AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Carrasquillo Rosario, and respectfully states and prays as follows:

1. In compliance with Local Criminal Rule 144(b)(1), the undersigned hereby submits the instant Motion.

2. In accordance to said rule, an attorney must seek authorization from the presiding officer if a CJA Payment Voucher is submitted past the 45-day period from the entry of judgment.

3. The judgment in the present cases were entered on January 21, 2021.

4. These matters are related. Although a CJA voucher appointment had been entered into the CJA Voucher system for case number 17-232 (ADC), the notice of appointment for 17-479 (ADC) on the CJA Voucher system was produced on February 23, 2021.

5. A timely voucher was submitted for 17-232 (ADC), but it was returned to review certain entry mistakes. In said review, the undersigned invertedly deleted the entire voucher and had to re-do the same.

6. These unfortunately delays were the sole responsibility of counsel, and further steps have been taken to avoid that these incidents repeat themselves.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and authorize the Motion for Authorization to File CJA Voucher.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of March 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com
